IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

INGENUITY13 LLC,

    Plaintiff,

  v.

JOHN DOE,

    Defendant.
_____/

No. C 12-4450 MMC

**ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFF'S APPLICATION FOR LEAVE TO TAKE EXPEDITED DISCOVERY**

Pursuant to Civil Local Rule 72-1, plaintiff Ingenuity13 LLC's Ex Parte Application for Leave to Take Expedited Discovery, filed September 7, 2012, and all further discovery matters, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

The parties will be advised of the date, time and place of the next appearance, if any, by notice from the assigned Magistrate Judge's chambers.

**IT IS SO ORDERED**.

Dated:  September 12, 2012

MAXINE M. CHESNEY
United States District Judge