Brett L. Gibbs, Esq. (SBN 251000)
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Withdrawing Attorney for Plaintiff*

Paul Duffy (Bar No. 224159)
Anti-Piracy Law Group
161 N. Clark St., Suite 3200
Chicago, IL 60601
Phone: 312-880-9160
E-mail: paduffy@antipiracylawgroup.com

*Incoming Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGENUITY13 LLC, ) | No. 3:12-cv-04450-MMC |
| ) | |
| Plaintiff, ) | **[PROPOSED] ORDER GRANTING** |
| v. ) | **MOTION FOR WITHDRAWAL AND** |
| ) | **SUBSTITUTION OF COUNSEL** |
| KYLE RENTSCHLER, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

THIS CAUSE is before the Court upon simultaneous motion for withdrawal of Plaintiff's Counsel Brett L. Gibbs and motion for substitution of Paul Duffy as Plaintiff's Counsel.

THIS COURT has reviewed the Motion for Withdrawal and Substitution of Counsel, relevant case law, and is otherwise fully advised on the premise. Accordingly,

IT IS HEREBY ORDERED that Brett L. Gibbs' Motion to Withdraw as Plaintiff's Counsel is GRANTED.

IT IS FURTHER ORDERED that Paul Duffy's Motion for Substitution as Plaintiff's Counsel is GRANTED.

IT IS FURTHER ORDERED that Paul Duffy is hereby recognized as counsel of record for Plaintiff.

IT IS SO ORDERED.

Dated: February 7, 2013

*[signature]*
United States District Judge