Paul Duffy (SBN 224159)
Anti-Piracy Law Group
161 N. Clark St., Suite 3200
Chicago, IL 60601
Phone: 800-380-0840
Email: paduffy@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| INGENUITY13 LLC | ) | No. 3:12-cv-04450-MMC |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE** |
| KYLE RENTSCHLER, | ) | |
| Defendant. | ) | **AND ORDER THEREON** |

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntary dismisses this action in its entirety without prejudice.

In accordance with Federal Rule of Civil Procedure 41(a)(1), Defendant has neither filed an answer to Plaintiff's Complaint, nor a motion for summary judgment. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

///

///

///

///

///

///

///

|   |   |
|---|---|
| | Respectfully Submitted, |
| | ANTI-PIRACY LAW GROUP |

**DATED: February 8, 2013**

By: _____/s/  Paul Duffy_____

Paul Duffy (SBN 224159)
Anti-Piracy Law Group
161 N. Clark St., Suite 3200
Chicago, IL 60601
Phone: 800-380-0840
Email: paduffy@wefightpiracy.com
*Attorney for Plaintiff*

Dated: February 11, 2013

IT IS SO ORDERED

Judge Maxine M. Chesney

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA